IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RUBEN MILLER                                                                         PLAINTIFF

v.                          Case No. 2:11-CV-02102

ST. EDWARD MERCY MEDICAL CENTER               DEFENDANT

**ORDER**

Currently before the Court is Plaintiff's Motion to Lift Stay. (Doc. 17). The Court issued an Order (Doc. 16) on December 7, 2011 temporarily staying the instant proceedings for 45 days or until resolution of the parties' dispute. The Court stated further that it would issue an order lifting the temporary stay, at the end of the 45-day period, upon the filing of a motion by either party.

The 45-day period has run, and Plaintiff has filed a Motion for the Court to lift the temporary stay pursuant to the Court's Order, stating that no action has been taken by the EEOC or by any other party during the time of the temporary stay, and requesting that this matter be allowed to proceed. The Court finds that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Lift Stay (Doc. 17) is GRANTED. The Clerk of the Court is directed to lift the stay in this case. Pursuant to the Court's earlier Order, the parties have ten days from the date of entry of this Order to respond to any discovery requests which are currently pending.

IT IS SO ORDERED this 25th day of January, 2012.

                                                    /s/ P. K. Holmes, III
                                                    P.K. HOLMES, III
                                                    UNITED STATES DISTRICT JUDGE