IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RUBEN MILLER                                                                                                  PLAINTIFF

v.                                      Case No. 2:11-CV-02102

ST. EDWARD MERCY MEDICAL CENTER                                                    DEFENDANT

### ORDER

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 29), signed by counsel for both parties.

IT APPEARING to the Court that the matter has been settled, it is ORDERED that the case be, and it is hereby, DISMISSED WITH PREJUDICE.

If any party desires to make the terms of the settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED this 9th day of July, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE